## SCHON *v.* SCHON, EXECUTOR.

No. 33, Misc.   Decided October 13, 1958.

Appellant *pro se.*

*Sanford M. Swerdlin* for appellee.

PER CURIAM.

The motion to add the State of Florida as a party appellee is denied.   The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.